# Exhibit A

**Click here to Respond to Selected Documents**

**Sort Date Entries: Descending Ascending**

**Display Options:** All Entries ⌄

**09/05/2024**

**Notice of Service**
Affidavit for Service of Process; Electronic Filing Certificate of Service.
> **Filed By:** MARK EDWARD BLANKENSHIP
> **On Behalf Of:** CARISSII BANKS

**Corporation Served**
Document ID - 24-SMCC-6839; Served To - MERCY HOSPITAL ST LOUIS,; Served Date - 08/26/2024; Served Time - 07:56:37; Service Type - SP; Reason Description - SERV; Service Text -

**08/05/2024**

**Summons Issued-Circuit**
Document ID: 24-SMCC-6839, for MERCY HOSPITAL ST LOUIS Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.

**Judge Assigned**
DIV 9

**Filing Info Sheet eFiling**

**Entry of Appearance Filed**
Entry of Appearance MEB.

**Entry of Appearance Filed**
Entry of Appearance JAO.

**Motion Special Process Server**
Request for Appointment of Process Server.

**Pet Filed in Circuit Ct**
Petition; Exhibit A; Exhibit B.

24SL-CC03596

Electronically Filed - ST LOUIS COUNTY - August 05, 2024 - 09:49 AM

**MISSOURI CIRCUIT COURT**
**TWENTY-FIRST JUDICIAL CIRCUIT**
**ST. LOUIS COUNTY CIRCUIT CLERK**

| | | |
|---|---|---|
| CARISSII BANKS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No: |
| | ) | |
| MERCY HOSPITAL ST. LOUIS | ) | JURY TRIAL DEMANDED |
| | ) | |
| Serve at: Manager on Duty | ) | |
| 15945 Clayton Rd | ) | |
| Ballwin, MO 63011 | ) | |
| | ) | |
| Respondent. | ) | |

**PETITION**

COMES NOW Plaintiff Carissii Banks, by and through her undersigned attorney, and for her Petition states as follows:

**JURISDICTION AND VENUE**

1.      Plaintiff is, and was at all times relevant herein, a resident of St. Louis County, State of Missouri, and an individual over the age of 21 years.

2.      Mercy Hospital, Inc. (hereinafter "Mercy Hospital, Inc.") is, and was at all times relevant herein, a corporation licensed to do business in Missouri.

3.      Venue is appropriate in St. Louis County because Plaintiff was an employee of Defendant Mercy Hospital's business location in St. Louis County.

**STATEMENT OF FACTS**

4.      Plaintiff Banks is an African-American female and was, during all relevant times aforementioned in this Complaint, a minority female.

5.      On or around January 4, 2016, Plaintiff Banks began her employment with Defendant Mercy Hospital as a surgical technician.

1

Electronically Filed - ST LOUIS COUNTY - August 05, 2024 - 09:49 AM

6.      Plaintiff Banks worked under OR Manager Candy Garofalo, who is a white female.

7.      On or around January 23, 2023, an Arthrex vender named Jake Tanner, with whom Plaintiff Banks has had a cordial work relationship since the beginning of her employment, had a casual conversation in the operating room where a surgical proceeding was being conducted.

8.      During a jest, Plaintiff Banks gave Tanner a light bump on his shoulder.

9.      On or around January 24, 2023, an alleged workplace violence incident was reported to management. SAFE was placed on the following day, which stated that it identified "concerns of a physical altercation" that occurred on that 23rd of January "during a surgical procedure by an employee that was not assigned to that case."

10.     On or around February 1, 2023, Plaintiff Banks received a Corrective Action Report, which indicated that "[a] thorough investigation was completed and findings confirmed that physical contact was made resulting in a potential safety issue for the sedated patient and everyone in the room."

11.     Not only did Plaintiff Banks and Tanner never witness any initial complaints about their banter, but Plaintiff had witnessed casual banter and jesting similar to hers from white employees who did not receive write-ups for it.

12.     On the following day, Plaintiff Banks provided her signature to the Corrective Action Report as well as an email explaining that no physical altercation occurred, but rather a jest between her and Mr. Tanner. Plaintiff further indicated that while she was in the same room as the patient, she was not close enough to cause harm to the patient or to any co-workers.

13.     Mr. Tanner was no longer welcome at Mercy Hospital.

Electronically Filed - ST LOUIS COUNTY - August 05, 2024 - 09:49 AM

14.     On May 9, 2023, Plaintiff Banks was initially told that she needed assistance with turnovers in OR Room 4, but the charge nurse, Marcy Daniel, went ahead and assigned someone else.

15.     A nurse and white employee named Justine had specifically requested Plaintiff Banks to help her.

16.     When Plaintiff Banks was not present, Justine began yelling at her and telling her that Banks sucked at her job.

17.     On or around May 12, 2023, Plaintiff Banks was placed on a one-week suspension for allegedly creating a verbal altercation on May 9th that disrupted both the OR and PACU teams, overall OR efficiency, and most importantly negatively affected patient care.

18.     On or around May 22, 2023, Mercy Hospital terminated Banks.

19.     On or around June 2023, Plaintiff Banks filed a discrimination complaint with the Equal Employment Opportunity Commission (EEOC), as well as to the Missouri Commission on Human Rights (MCHR). Exhibit A, Charge of Discrimination.

20.     On or around May 7, 2024, Plaintiff Banks received the following Right to Sue Letter from the EEOC. *See* Exhibit B, Right to Sue Letter.

### COUNT I: RACIAL DISCRIMINATION AND WRONGFUL TERMINATION IN VIOLATION OF TITLE VII AGAINST DEFENDANT MERCY HOSPITAL ST. LOUIS

COMES NOW Plaintiff Mary Banks, and for her claim of race discrimination and wrongful termination of employment in violation of Title VII states as follows:

21.     Plaintiff adopts and reincorporates all above paragraphs of this Complaint here again.

22.     Plaintiff Banks is an African-American female and was, during all relevant times aforementioned in this Complaint, a minority female.

3

Electronically Filed - ST LOUIS COUNTY - August 05, 2024 - 09:49 AM

23.     Plaintiff Banks asserts that she suffered disparate treatment against by Mercy for issuing out corrective actions against her, but not to white employees for the same conduct.

24.     Plaintiff Banks was suspended for a verbal altercation that was not instigated by her.

25.     Defendant's discrimination was a motivating factor in its decision to terminate Plaintiff's employment.

26.     Plaintiff's wrongful termination and discrimination is an adverse employment action that led her to be treated differently from that of similarly situated employees who were not members of Plaintiff's protected class of persons.

27.     Plaintiff Banks suffered damages as a result of this discriminatory conduct, as well as wage loss, severe emotional distress, and a short period of unemployment.

WHEREFORE Plaintiff Banks requests humbly that the Court enter judgement in her favor, and set the case for trial by jury to assess damages arising from the discriminatory conduct of Defendant Mercy, attorneys fees, punitive damages, and for any other relief as may be just and proper under the circumstances.

Respectfully submitted,

**OTT LAW FIRM**

_____
Joseph A. Ott, #67889

_____
Mark E. Blankenship Jr., #73123

3544 Oxford Blvd

4

Electronically Filed - ST LOUIS COUNTY - August 05, 2024 - 09:49 AM

Maplewood, MO 63143
Telephone:  (314) 293-3756
Facsimile:   (314) 689-0080
joe@ott.law
mark@ott.law
*Attorneys for Plaintiff*

Electronically Filed - ST LOUIS COUNTY - August 05, 2024 - 09:49 AM

**24SL-CC03596**

**In the**

# CIRCUIT COURT
## Of St. Louis County, Missouri

 Carissii Banks
Plaintiff/Petitioner

vs.

 Mercy Hospital St. Louis
Defendant/Respondent

 August 5, 2024
Date

_____
Case Number

_____
Division

For File Stamp Only

## <u>REQUEST FOR APPOINTMENT OF PROCESS SERVER</u>

Comes now  Plaintiff by and through undersigned counsel                              , pursuant
Requesting Party

to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of

 Tim Moore - STL ProServe          6614 Clayton Road #311, St. Louis, MO 63117          314-962-2222
Name of Process Server          Address          Telephone

_____
Name of Process Server          Address or in the Alternative          Telephone

_____
Name of Process Server          Address or in the Alternative          Telephone

Natural person(s) of lawful age to serve the summons and petition in this cause on the below named parties.  This appointment as special process server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVE:
 Mercy Hospital St. Louis (Manager on Duty)
Name
 15945 Clayton Rd
Address
 Ballwin, MO 63011
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

Appointed as requested:

**JOAN M. GILMER,** Circuit Clerk

By _____
   Deputy Clerk

_____
Date

 /s/ Joseph A. Ott
Signature of Attorney/Plaintiff/Petitioner
 67889
Bar No.
 3544 Oxford Blvd., Maplewood, MO 63143
Address
 (314) 293-3756          (314) 689-0080
Phone No.          Fax No.

CCADM62-WS    Rev. 08/16

Electronically Filed - ST LOUIS COUNTY - August 05, 2024 - 09:49 AM

Local Rule 28.  SPECIAL PROCESS SERVERS

(1)    Any Judge may appoint a Special Process Server in writing in accordance with the law and at the risk and expense of the requesting party except no special process server shall be appointed to serve a garnishment [except as allowed by Missouri Supreme Court Rule 90.03(a)].

This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

(2)    The Circuit Clerk may appoint a natural person other than the Sheriff to serve process in any cause in accordance with this subsection;

(A)    Appointments may list more than one server as alternates.

(B)    The appointment of a person other than the Sheriff to serve process shall be made at the risk and expense of the requesting party.

(C)    Any person of lawful age, other than the Sheriff, appointed to serve process shall be a natural person and not a corporation or other business association.

(D)    No person, other than the Sheriff, shall be appointed to serve any order, writ or other process which requires any levy, seizure, sequestration, garnishment, [except as allowed by Missouri Supreme Court Rule 90.03(a)], or other taking.

(E)    Requests for appointment of a person other than the Sheriff to serve process shall be made on a "Request for Appointment of Process Server" electronic form, which may be found on the Court's Web Site, http://www.stlouisco.com.  (LawandPublicSafety/Circuit/Forms).

(F)    This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVICE RETURN

Any service by the St. Louis County Sheriff's Office shall be scanned into the courts case management system.  Any service by another Sheriff or a Special Process Server or any other person authorized to serve process shall return to the attorney or party who sought service and the attorney shall file the return electronically to the Circuit Clerk.

CCADM62-WS      Rev. 08/16

24SL-CC03596

Electronically Filed - ST LOUIS COUNTY - August 05, 2024 - 09:49 AM

**MISSOURI CIRCUIT COURT**
**TWENTY-FIRST JUDICIAL CIRCUIT**
**ST. LOUIS COUNTY CIRCUIT CLERK**

| | | |
|---|---|---|
| CARISSII BANKS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No: |
| | ) | |
| MERCY HOSPITAL ST. LOUIS | ) | |
| | ) | |
| Respondent. | ) | |

## ENTRY OF APPEARANCE

COMES NOW Joseph A. Ott, an attorney at Ott Law Firm, and hereby enters his

appearance on behalf of Plaintiff in the above captioned matter.

Respectfully submitted,

**OTT LAW FIRM**

Joseph A. Ott, #67889
3544 Oxford Blvd
Maplewood, MO 63143
Telephone:  (314) 293-3756
Facsimile:   (314) 689-0080
joe@ott.law
*Attorneys for Plaintiff*

Electronically Filed - ST LOUIS COUNTY - August 05, 2024 - 09:49 AM

**24SL-CC03596**

**MISSOURI CIRCUIT COURT**
**TWENTY-FIRST JUDICIAL CIRCUIT**
**ST. LOUIS COUNTY CIRCUIT CLERK**

| | |
|---|---|
| CARISSII BANKS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No: |
| | ) |
| MERCY HOSPITAL ST. LOUIS | ) |
| | ) |
| Respondent. | ) |

**ENTRY OF APPEARANCE**

COMES NOW Mark E. Blankenship Jr., an attorney at Ott Law Firm, and hereby enters

his appearance on behalf of Plaintiff in the above captioned matter.

Respectfully submitted,

**OTT LAW FIRM**

Mark Edward Blankenship Jr

Mark E. Blankenship Jr., #73123
3544 Oxford Blvd
Maplewood, MO 63143
Telephone:  (314) 293-3756
Facsimile:   (314) 689-0080
mark@ott.law
*Attorneys for Plaintiff*



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DAVID L VINCENT III | Case Number:  24SL-CC03596 |
| Plaintiff/Petitioner:<br>CARISSII BANKS | Plaintiff's/Petitioner's Attorney/Address<br>MARK EDWARD BLANKENSHIP<br>3544 OXFORD BLVD<br>MAPLEWOOD, MO  63143 |
| **vs.** | |
| Defendant/Respondent:<br> MERCY HOSPITAL ST LOUIS | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:**  **MERCY HOSPITAL ST LOUIS**
**Alias:**

**SERVE: MANAGER ON DUTY**
**15945 CLAYTON ROAD**
**BALLWIN, MO  63011**

*COURT SEAL OF*



*ST. LOUIS COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

<u>05-AUG-2024</u>
**Date**

_____
**Clerk**

**Further Information:**
**AD**

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with

_____ a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____(title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

My commission expires: _____          _____

*(Seal)*                         Date                                        Notary Public

**Sheriff's Fees, if applicable**

Summons                          $_____

Non Est                          $_____

Sheriff's Deputy Salary
Supplemental Surcharge           $_____10.00_____

Mileage                          $_____  (_____ miles @ $._____ per mile)

**Total**                        $_____

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

**Purpose of Notice**

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place.  This is often true even when the parties initially believe that settlement is not possible.  A settlement reduces the expense and inconvenience of litigation.  It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost.  Often such services are most effective in reducing costs if used early in the course of a lawsuit.  Your attorney can aid you in deciding whether and when such services would be helpful in your case.

**Your Rights and Obligations in Court Are Not Affected By This Notice**

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so.  In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below.   These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended.  Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not.  **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

**Alternative Dispute Resolution Procedures**

There are several procedures designed to help parties settle lawsuits.  Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party.  The services are provided by individuals and organizations who may charge a fee for this help.  Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case.  The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit.  An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties.  The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement.  An effective mediator may offer solutions that have not been considered by the parties or their lawyers.  A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

OSCA (7-99) SM40  (SMCC) *For Court Use Only*:  **Document ID# 24-SMCC-6839**        3        Rule 86.05; 523.030 RSMo

**(3)** **Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4)** **Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**(5)** **Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

Electronically Filed - ST LOUIS COUNTY - September 05, 2024 - 12:01 PM

# AFFIDAVIT OF SERVICE

| Case: 24SL-CC03596 | Court: 21ST JUDICIAL CIRCUIT COURT | County: ST LOUIS, MO | Job: 11591828 (24-SMCC-6839) |
|---|---|---|---|
| Plaintiff / Petitioner: CARISSII BANKS | | Defendant / Respondent: MERCY HOSPITAL ST LOUIS | |
| Received by: Pro Serve | | For: OTT LAW FIRM | |
| To be served upon: MERCY HOSPITAL ST LOUIS SERVE MANAGER ON DUTY | | Court Date: | |

I, Tim Moore, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** JAMES RAPP FOR MERCY HOSPITAL ST LOUIS SERVE MANAGER ON DUTY, COMPANY: 615 S NEW BALLAS ST LOUIS MO 63141.

**Manner of Service:** Authorized, Aug 26, 2024, 1:30 pm CDT

**Documents:** SUMMONS IN CIVIL CASE, NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES, PETITION, JURISDICTION & VENUE, STATEMENT OF FACTS, COUNT 1 AND REQUEST FOR APPOINTMENT OF PROCESS SERVER

**Additional Comments:**
Unsuccessful Attempt: Aug 23, 2024, 3:29 pm CDT at COMPANY: 15945 CLAYTON ROAD, CHESTERFIELD, MO 63011
THERE IS NO MANAGER ON DUTY AT THIS LOCATION. SERVICE NEEDS TO BE ATTEMPTED AT THE MAIN HOSPITAL. 615 S NEW BALLAS ST LOUIS MO 63141.

Successful Attempt: Aug 26, 2024, 1:30 pm CDT at COMPANY: 615 S NEW BALLAS ST LOUIS MO. 63141. Received by JAMES RAPP FOR MERCY HOSPITAL ST LOUIS SERVE MANAGER ON DUTY.

SERVICE WAS MADE TO OFFICER JAMES RAPP WHO ADVISED THAT HE WOULD ACCEPT SINCE HE NEEDS TO DELIVER IT TO THE LEGAL DIVISION.

_____    8/26/24
Tim Moore                  Date
329

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public
8/26/2024              2/05/2025
Date          Commission Expires

CATHY STRAUB
Notary Public - Notary Seal
St Louis County - State of Missouri
Commission Number 17735281
My Commission Expires Feb 5, 2025

# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

Electronically Filed - ST LOUIS COUNTY - September 05, 2024 - 12:01 PM

| Judge or Division:<br>DAVID L VINCENT III | Case Number: 24SL-CC03596 |
|---|---|
| Plaintiff/Petitioner:<br>CARISSII BANKS<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>MARK EDWARD BLANKENSHIP<br>3544 OXFORD BLVD<br>MAPLEWOOD, MO 63143 |
| Defendant/Respondent:<br>MERCY HOSPITAL ST LOUIS | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: **MERCY HOSPITAL ST LOUIS**
　　　　　　　　　　　　　Alias:

**SERVE: MANAGER ON DUTY**
**15945 CLAYTON ROAD**
**BALLWIN, MO 63011**



COURT SEAL OF

ST. LOUIS COUNTY

　　　You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
　　　SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

**05-AUG-2024**
Date

_____ Clerk

**Further Information:**
**AD**

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with

_____ a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____ .

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____　　　　_____
Printed Name of Sheriff or Server　　　　　　Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

(Seal)　　　My commission expires: _____　　_____
　　　　　　　　　　　　　　　　　　　　Date　　　　　　　　　　　　　Notary Public

OSCA (7-99) SM40 (SMCC) *For Court Use Only*: Document ID# 24-SMCC-6839　　　1　　　Rule 86.05; 523.030 RSMo