**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

CARISSII BANKS

        Plaintiff,

v.

MHM SUPPORT SERVICES

        Defendant.

Case No. 4:24-cv-01295-JSD

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

It is hereby stipulated by and between Plaintiff Carissii Banks and Defendant MHM Support Services pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that Plaintiff's claims against Defendant are hereby dismissed with prejudice.

Respectfully submitted,

| **OTT LAW FIRM** | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** |
|---|---|
| */s/ Mark E. Blankenship Jr.* | */s/ James M. Paul* |
| Joseph A. Ott, MO #67889 | James M. Paul, MO #44232 |
| Mark E. Blankenship, MO #73123 | John P. Korb, MO #75918 |
| 3544 Oxford Blvd. | 7700 Bonhomme Avenue, Suite 650 |
| Maplewood, MO 63143 | St. Louis, MO  63105 |
| Telephone:   (314) 293-3756 | Telephone:  314-802-3935 |
| Facsimile:    (314) 689-0080 | Facsimile:  314-802-3936 |
| joe@ott.law | james.paul@ogletree.com |
| mark@ott.law | john.korb@ogletree.com |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |

**CERTIFICATE OF SIGNATURE**

I hereby certify that the below-signed Attorney for Plaintiff(s) signed the original of the above and foregoing on July 3, 2025, a copy of the above and foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system and is maintaining a copy of the original at said Attorney's office.

*/s/ Mark Edward Blankenship Jr.*