**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CARISSII BANKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:24-CV-1295-JSD |
| | ) | |
| MHM SUPPORT SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

In accordance with the parties' Joint Stipulation of Voluntary Dismissal with Prejudice (ECF No. 21),

**IT IS HEREBY ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of this matter **with** prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

_____
**JOSEPH S. DUEKER**
**UNITED STATES MAGISTRATE JUDGE**

Dated this 7th day of July, 2025.